IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-53-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOHN MICHAEL HADLER, | |
| Defendant. | |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 64), contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion (Doc. 64) is **GRANTED.** The forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 30th day of January, 2026.

_____
SUSAN P. WATTERS
United States District Court Judge

1